STATE of Missouri, Respondent,

v.

**William Thornton HARRIS a/k/a Jack Harris, Appellant.**

**No. WD 33097.**

Missouri Court of Appeals,
Western District.

May 11, 1982.

Richard C. Thomas of Bear, Hines & Thomas, Columbia, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P. J., and MANFORD and KENNEDY, JJ.

## ORDER

PER CURIAM.

Appeal from jury conviction for assault. § 565.050, RSMo 1978.

Judgment affirmed. Rule 84.16(b).